IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Willie E | Case Number: 07 B 02631 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 2/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 9, 2008
Confirmed: April 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,700.00 | |
| Secured: | | 5,677.08 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,576.89 |
| Trustee Fee: | | 446.03 |
| Other Funds: | | 0.00 |
| Totals: | 7,700.00 | 7,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,224.00 | 1,576.89 |
| 2. | Carey's Car & Credit Center | Secured | 1,072.35 | 900.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 207.08 | 207.08 |
| 4. | Harlem Furniture | Secured | 536.83 | 270.00 |
| 5. | Capital One Auto Finance | Secured | 24,528.83 | 4,300.00 |
| 6. | Illinois Dept of Revenue | Priority | 0.00 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 202.47 | 0.00 |
| 8. | Target National Bank | Unsecured | 23.94 | 0.00 |
| 9. | Sallie Mae | Unsecured | 182.65 | 0.00 |
| 10. | Sallie Mae | Unsecured | 1,293.04 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 52.93 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 32.51 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 215.72 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 21.88 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 7.56 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 145.72 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 37.63 | 0.00 |
| 18. | Hammond Clinic | Unsecured | 33.30 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 5.59 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 470.59 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 256.60 | 0.00 |
| 22. | Capital One Auto Finance | Unsecured | 178.64 | 0.00 |
| 23. | Wells Fargo Bank | Secured | | No Claim Filed |
| 24. | Account Recovery Service | Unsecured | | No Claim Filed |
| 25. | Capital One | Unsecured | | No Claim Filed |
| 26. | Account Recovery Service | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Willie E

Printed: 11/25/08

Case Number: 07 B 02631
Judge: Wedoff, Eugene R
Filed: 2/15/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Capital One | Unsecured | | No Claim Filed |
| 28. Bp Oil/Citibank | Unsecured | | No Claim Filed |
| | | $ 31,729.86 | $ 7,253.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 267.29 |
| 6.5% | 178.74 |
| | $ 446.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

